IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 22-634 KWR |
| | ) |
| v. | ) |
| | ) |
| **ROBERT CORBIN PADILLA** and | ) |
| **GARY COCA,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF INTENT NOT TO SEEK A SENTENCE OF DEATH

The United States hereby notifies this Court and Defendants that the United States will

not seek a sentence of death for the following Defendants who are charged with a capital-eligible

offense in this case: **ROBERT CORBIN PADILLA** and **GARY COCA**.

Respectfully Submitted,

FRED FEDERICI
United States Attorney

*Electronically filed on 4/21/2022*
MARIA Y. ARMIJO
RANDY M. CASTELLANO
RYAN ELLISON
Assistant United States Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 – Tel.

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record on this date.

/s/_____
MARIA Y. ARMIJO
Assistant United States Attorney